UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PEACOCK, suing derivatively and behalf of and for the benefit of Defendant Agro-Resources International; AGRO-RESOURCES INTERNATIONAL INC., a Panamanian corporation and the shareholders thereof,,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AGRO-RESOURCES INTERNATIONAL INC., et. al.,<br><br>                    Defendant. | CASE NO. 06CV2817-L(LSP)<br><br>*FILED SEP 10 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY*<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: SEPTEMBER 4, 2007

/s/ James Lorenz
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____